OTTILIE MARGARETE MARTENS, Respondent, v. HELLMUTH MARTENS, Appellant.

PER CURIAM. We do not here find such unusual circumstances as would take the case out of the general rule that counsel fee and allowance for disbursements should only be granted for prospective and not past services.

It follows, therefore, that the order appealed from should be reversed and the motion denied, without costs.

Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

Order unanimously reversed, without costs, and motion denied.